## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JACQUELINE VELEZ,

    Plaintiff,

v.                                                                       CASE NO: 8:07-cv-1249-T-26TGW

SUNTRUST BANK,

    Defendant.
_____/

## **O R D E R**

**UPON DUE CONSIDERATION**, of the Defendant's Unopposed Motion to Allow Use of Laptop Computer at Trial (Dkt. 47), it is **ORDERED AND ADJUDGED** as follows:

    1)     Defendant's counsel shall be allowed to bring two lap-top computers into the Sam M. Gibbons United States Courthouse for the trial scheduled in the above-styled cause. Trial is scheduled for September 29, 2008, at 8:45 a.m.

    2)     Counsel shall present a copy of this order to Court Security at the main entrance upon arriving for trial each day. Failure to do so may jeopardize their ability to bring said equipment into the courthouse.

3) This order shall stand in full force and effect for the duration of the trial.

**DONE AND ORDERED** at Tampa, Florida, on September 15, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Court Security, Main Entrance